THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE VEGA-MACIAS,<br>　　　　Defendant. | Case No.: 2:16-cr-00025-TLN<br><br>STIPULATION AND ORDER TO<br>CONTINUE MOTION HEARING<br><br>Date:　6/13/16<br>Time:　2:00 p.m.<br>Judge:　Allison Claire |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Motion Hearing currently set for June 10, 2016 is continued to June 13, 2016 at 2:00 p.m. so that Pre-Trial Services may be present. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, attorney for Jorge Vega-Macias, agree to this continuation.

**IT IS SO STIPULATED.**

Dated: June 9, 2016　　　　　　　　　　　　　　/s/  Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Jorge Vega-Macias


　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

Dated: June 9, 2016　　　　　　　　　　　　　　/s/  Thomas A. Johnson for
　　　　　　　　　　　　　　　　　　　　　　　　JUSTIN LEE
　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

## **ORDER**

IT IS SO ORDERED.

DATE: June 10, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE