**FILED**
June 14, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JORGE VEGA -MACIAS,<br><br>        Defendant. | Case No. 16CR00025-TLN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   JORGE VEGA -MACIAS  , Case No. 16CR00025-TLN  , Charge  21USC § 846, 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ 50,000.00

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)         Pretrial conditions as stated on the record.

**The defendant shall not be released until 6/15/2016 at 9:00 a.m. to Pretrial Services**

Issued at  Sacramento, CA  on  June 14, 2016  at  4:13 pm  .

                                            By   /s/ Kendall J. Newman/s/ Kendall J. Newman
                                                  Kendall J. Newman
                                                  United States Magistrate Judge

Copy 2 - Court