THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>      v.<br><br>JORGE VEGA-MACIAS,<br>           Defendant. | Case No.: 2:16-cr-00025-TLN<br><br>STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of pretrial release are amended.  Previously, an employment condition was ordered.  However, Pretrial Services indicated that since Mr. Vega-Macias is not a United States citizen such condition should be removed.  The amended conditions of pretrial release have been attached and labeled <u>Exhibit A</u>.  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, attorney for Jorge Vega-Macias, agree to the amendment of pretrial release conditions.

**IT IS SO STIPULATED.**

Dated: July 19, 2016                                        /s/  Thomas A. Johnson
                                                                       THOMAS A. JOHNSON
                                                                       Attorney for Jorge Vega-Macias

1

1
2  Dated: July 19, 2016
3
4
5
6
7  IT IS SO ORDERED.
8
9  Dated:  July 19, 2016
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PHILLIP A. TALBERT
Acting United States Attorney

/s/  Thomas A. Johnson for
JUSTIN LEE
Assistant U.S. Attorney

**ORDER**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2