THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE VEGA-MACIAS,<br>　　　　　Defendant. | Case No.: 2:16-cr-00025-TLN<br><br>STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of pretrial release are amended. We are requesting that Mr. Vega-Macias be shifted from Home Detention to Curfew due to his compliance record and to give him the ability to do more things with and for his family. Pretrial Services and the AUSA are in agreement with the amended condition and that the defendant has been in compliance for the past three months. The amended conditions of pretrial release have been attached and labeled <u>Exhibit A</u>. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, attorney for Jorge Vega-Macias, agree to the amendment of pretrial release conditions.

**IT IS SO STIPULATED.**

Dated: September 23, 2016                   /s/  Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Jorge Vega-Macias

1

1
2                                                    PHILLIP A. TALBERT
                                                     Acting United States Attorney
3
4  Dated: September 23, 2016              /s/  Thomas A. Johnson for
                                          JUSTIN LEE
5                                         Assistant U.S. Attorney
6
7                            **ORDER**
8
9  IT IS SO ORDERED.
10
11 Dated:  September 26, 2016
12                                        _____
                                          CAROLYN K. DELANEY
13                                        UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                                        2