THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE VEGA-MACIAS,<br><br>　　　　　　Defendant. | Case No.: 2:16-cr-00025-TLN<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR MODIFICATION OF<br>CONDITIONS OF RELEASE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for Jorge Vega-Macias are modified to allow Mr. Vega-Macias to travel to the Southern California.

　　　Mr. Vega-Macias is requesting to leave his home by car with his family for Thanksgiving from November 19, 2016, and he will be returning November 30, 2016. He is requesting to move his monitoring device on November 19, 2016, at 7:00am and travel to his father-in-law's home located in Bonsall, California.  On November 20, 2016, he is requesting to travel during business hours to the Hilton Resort hotel in San Diego to celebrate his anniversary and remain at the Hilton for two nights November 20, and 21, 2016.  On November 22, 2016, he will return to his father-in-law's home in Bonsall and remain there until he returns home on November 30, 2016.  On the following dates he is requesting his curfew be extended until 2:00am: 11/20; 11/21; 11/23; 11/24; 11/25; and 11/26/16.  He is requesting his curfew be extended until 11:30pm on the following dates: 11/19; 11/22; 11/27; 11/18; 11/29; and 11/30/16.

Throughout the entire vacation he will be monitored and his travel itinerary has been confirmed by Pretrial Services. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, attorney for Jorge Vega-Macias, agree to this modification of the conditions of release. All other previously ordered conditions of release remain in full force and effect.

The defendant has been in compliance with his release conditions and Pretrial Services has confirmed the defendant's travel itinerary with his father-in-law/surety. In addition, the defendant will continue to be subject to location monitoring (curfew) by Pretrial Services.

**IT IS SO STIPULATED.**

Dated: November 16, 2016        /s/  Thomas A. Johnson
                                THOMAS A. JOHNSON
                                Attorney for Jorge Vega-Macias


                                PHILLIP A. TALBERT
                                Acting United States Attorney

Dated: November 16, 2016        /s/  Thomas A. Johnson for
                                JUSTIN LEE
                                Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED:  November 16, 2016.
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE