THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-cr-00025-TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |
| v. | ) ) | |
| JORGE VEGA-MACIAS, | ) ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for Jorge Vega-Macias are modified to allow Mr. Vega-Macias to travel to the Southern California.

Mr. Vega-Macias is requesting to amend his curfew that would allow him to leave his home from 10:00 a.m. and return by 2:00 a.m. on December 23-26, 2016 and December 31, 2016.  Throughout the entire period he will be monitored and his request has been confirmed by Pretrial Services.  Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, attorney for Jorge Vega-Macias, agree to this modification of the conditions of release. All other previously ordered conditions of release remain in full force and effect.

The defendant has been in compliance with his release conditions and Pretrial Services.  In addition, the defendant will continue to be subject to location monitoring (curfew) by Pretrial Services.

- 2 –

**IT IS SO STIPULATED.**

Dated: December 21, 2016          /s/  Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Jorge Vega-Macias


                                       PHILLIP A. TALBERT
                                       Acting United States Attorney

Dated: December 21, 2016          /s/  Thomas A. Johnson for
                                       JUSTIN LEE
                                       Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.
Dated:  December 22, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

- 2 –