THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,

   v.

JORGE VEGA-MACIAS,
        Defendant.

Case No.: 2:16-cr-00025-TLN

STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of pretrial release are amended. We are requesting that Mr. Vega-Macias be modified. Pretrial Services and the AUSA are in agreement with the amended conditions and that the defendant has been in compliance. The amended conditions of pretrial release have been attached and labeled <u>Exhibit A</u>. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, attorney for Jorge Vega-Macias, agree to the amendment of pretrial release conditions.

**IT IS SO STIPULATED.**

Dated: February 21, 2017

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Jorge Vega-Macias

1

|   |   |
|---|---|
| | PHILLIP A. TALBERT<br>Acting United States Attorney |
| Dated: February 21, 2017 | /s/  Thomas A. Johnson for<br>JUSTIN LEE<br>Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

DATE: February 21, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2