THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE VEGA-MACIAS,<br>　　　　Defendant. | Case No.: 2:16-cr-00025-TLN<br><br>STIPULATION AND ORDER CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 27, 2017, is continued to October 5, 2017, at 9:30 a.m. in the same courtroom. Defendant needs additional time to prepare for sentencing. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | October 5, 2017 |
| Reply or Statement | September 28, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | September 21, 2017 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | September 7, 2017 |

1

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 24, 2017 |

**IT IS SO STIPULATED.**

Dated: June 30, 2017                                /s/ Thomas A. Johnson
                                                    THOMAS A. JOHNSON
                                                    Attorney for Jorge Vega-Macias


                                                    PHILLIP A. TALBERT
                                                    United States Attorney

Dated: June 30, 2017                                /s/ Justin Lee
                                                    JUSTIN LEE
                                                    Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated:  June 30, 2017

                                                    _____
                                                    Troy L. Nunley
                                                    United States District Judge