THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>JORGE VEGA-MACIAS, )<br>Defendant. )<br>)<br>) | Case No.: 2:16-cr-00025-TLN<br><br>STIPULATION AND ORDER<br>CONTINUANCE OF JUDGMENT AND<br>SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 5, 2017, is continued to February 22, 2018, at 9:30 a.m. in the same courtroom. Defendant needs additional time to prepare for sentencing. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                     February 22, 2018

Reply or Statement                                         February 15, 2018

Motion for Correction of the Pre-Sentence
Report shall be filed with the court and          February 8, 2018
served on the Probation Officer and opposing
counsel no later than:

The Pre-Sentence Report shall be filed with
the court and disclosed to counsel no later       January 25, 2018
than:

1

| | |
|---|---|
| 1 | Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: |
| 2 | January 11, 2018 |
| 3 | |
| 4 | |
| 5 | **IT IS SO STIPULATED.** |
| 6 | |
| 7 | Dated: October 3, 2017 /s/ Thomas A. Johnson |

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:

January 11, 2018

**IT IS SO STIPULATED.**

Dated: October 3, 2017

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Jorge Vega-Macias


 PHILLIP A. TALBERT
United States Attorney

Dated: October 3, 2017

/s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED.

Dated: October 3, 2017

Troy L. Nunley
United States District Judge

2