THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>JORGE VEGA-MACIAS,<br>        Defendant. | Case No.: 2:16-cr-00025-TLN<br><br>STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of pretrial release are amended to remove the drug testing condition. The amended conditions of pretrial release have been attached and labeled <u>Exhibit A</u>. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, attorney for Jorge Vega-Macias, agree to the amendment of pretrial release conditions.

**IT IS SO STIPULATED.**

Dated: November 8, 2017                         /s/ Thomas A. Johnson
                                                  THOMAS A. JOHNSON
                                                  Attorney for Jorge Vega-Macias

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

Dated: November 8, 2017                         /s/ Justin Lee
                                                  JUSTIN LEE
                                                  Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 9, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2