THOMAS A. JOHNSON, #119203
KRISTY M. Kellogg, #271250
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JORGE VEGA-MACIAS,
    Defendant.

Case No.: 2:16-cr-00025-TLN

STIPULATION AND ORDER CONTINUANCE OF JUDGMENT AND SENTENCING

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 22, 2018, is continued to May 10, 2018, at 9:30 a.m. in the same courtroom. Defendant needs additional time to prepare for sentencing. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | May 10, 2018 |
| Reply or Statement | May 3, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | April 26, 2018 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | April 19, 2018 |

1

| | | |
|---|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | | April 5, 2018 |

**IT IS SO STIPULATED.**

Dated: January 9, 2018                          /s/ Thomas A. Johnson
                                                                THOMAS A. JOHNSON
                                                                Attorney for Jorge Vega-Macias


                                                                McGREGOR SCOTT
                                                                United States Attorney

Dated: January 9, 2018                          /s/ Justin Lee
                                                                JUSTIN LEE
                                                                Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

DATED: January 11, 2018
                                                                _____
                                                                Troy L. Nunley
                                                                United States District Judge