| | |
|---|---|
| THOMAS A. JOHNSON, #119203 | |
| KRISTY M. HORTON, #271250 | |
| 400 Capitol Mall, Suite 2560 | |
| Sacramento, California 95814 | |
| Telephone: (916) 422-4022 | |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JORGE VEGA-MACIAS,<br>    Defendant. | Case No.: 2:16-cr-00025-TLN<br><br>STIPULATION AND ORDER CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date: May 10, 2018<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 10, 2018, is continued to September 6, 2018, at 9:30 a.m. in the same courtroom. Defendant needs additional time to prepare for sentencing. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | September 6, 2018 |
| Reply or Statement | August 30, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 23, 2018 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | August 16, 2018 |

1

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 2, 2018 |

**IT IS SO STIPULATED.**

Dated: May 4, 2018                               /s/ Thomas A. Johnson
                                                 THOMAS A. JOHNSON
                                                 Attorney for Jorge Vega-Macias


                                                 McGREGOR W. SCOTT
                                                 United States Attorney

Dated: May 4, 2018                               /s/ Justin Lee
                                                 JUSTIN LEE
                                                 Assistant U.S. Attorney

## **ORDER**

    IT IS SO ORDERED.

DATED: May 4, 2018

_____
Troy L. Nunley
United States District Judge