THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JORGE VEGA-MACIAS,<br>    Defendant. | Case No.: 2:16-cr-00025-TLN<br><br>STIPULATION AND ORDER CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date: September 6, 2018<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for September 6, 2018, is continued to November 15, 2018, at 9:30 a.m. in the same courtroom. Defendant's wife was recently hospitalized and needs additional time to prepare for sentencing. Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | November 15, 2018 |
| Reply or Statement | November 8, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 1, 2018 |

1

**IT IS SO STIPULATED.**

Dated: August 29, 2018      /s/ Thomas A. Johnson
                            THOMAS A. JOHNSON
                            Attorney for Jorge Vega-Macias


                            McGREGOR W. SCOTT
                            United States Attorney

Dated: August 29, 2018      /s/ Justin Lee
                            JUSTIN LEE
                            Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

DATED: August 29, 2018

_____
Troy L. Nunley
United States District Judge