THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JORGE VEGA-MACIAS, <br> Defendant. | Case No.: 2:16-cr-00025-TLN <br><br> STIPULATION AND ORDER FOR RETURN OF CASH BOND |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the cash bond of $50,000 is hereby released. On June 14, 2016, the Court Clerk entered RECEIPT number #CAE200074870, $50,000.00 fbo Jorge Macias-Vegas by Hisham Halder El Farra. Mr. Vega-Macias has been detained and is awaiting sentencing on June 13, 2019. Therefore, the parties stipulate that the cash bond can now be returned to Hisham Halder El Farra.

**IT IS SO STIPULATED.**

Dated: May 22, 2019            /s/ Thomas A. Johnson
                                                      THOMAS A. JOHNSON
                                                      Attorney for Jorge Vega-Macias

|   |   |   |
|---|---|---|
| 1 |  | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 |  |  |
| 3 | Dated: May 22, 2019 | /s/ Justin Lee<br>JUSTIN LEE |
| 4 |  | Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: May 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE