

**FILED**
MAR -1 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

NAME: VEGA-MACIAS JORGE
NUMBER: 75451-097
CASE NO: 2:16-CR-00025-09
DATE: 2-24-2021

TO: CLERK OF COURT

   I AM REQUESTING THE COURT TO ASSIGN A PRO BONO ATTORNEY FOR MY COMPASSIONATE RELEASE MOTION I WANT TO FILE. I ALREADY STARTED THE PROCESS WITH THE INSTITUTION AND FILED A REQUEST TO THE WARDEN ON JANUARY 17, 2021. ON FEBRUARY 12, 2021 I GOT DENIED ON MY REQUEST.
   I TESTED POSITIVE FOR COVID-19 IN APRIL 2020 AND TO THIS DAY I STILL HAVE SIDE AFFECTS. I'M EXPERIENCING SHORTNESS OF BREATH, ANXIETY, HEADACHES, FOGGINESS, FATIGUE AND CHEST PAIN.
   I HAVE SEVERE ASTHMA. I WILL PROVIDE COPYES OF MY PREVIOUS REQUEST AS LONG WITH MY MEDICAL RECORDS TO THE COURT APPOINTED ATTORNEY.
                        SINCERELY,
                        VEGA-MACIAS, JORGE